100 A.3d 536

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT,
v. BRUCE E. LIGE, A/K/A BRUCE EDWARD
LIGE, DEFENDANT–RESPONDENT.

Argued October 6, 2014—Decided October 29, 2014.

</div>

*Ashlea D. Newman,* Deputy Attorney General, argued the cause for appellant (*John J. Hoffman,* Acting Attorney General, attorney).

*John W. Douard,* Assistant Deputy Public Defender, argued the cause for respondent (*Joseph E. Krakora,* Public Defender, attorney).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in Judge Ashrafi's opinion of the

Appellate Division reported at 429 *N.J.Super.* 490, 60 *A.*3d 514 (2013).

*For affirmance*—Chief Justice RABNER and Justices LaVECCHIA, ALBIN, PATTERSON, FERNANDEZ–VINA, SOLOMON and Judge CUFF (temporarily assigned)—7.

*Opposed*—None.